LAW OFFICES OF BILL LATOUR
BILL LATOUR [C.S.B.N. 169758]
1420 E, Cooley Dr., Suite 100
Colton, California, 92324
    Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LINDA MAYERHOFER, | No. EDCV 12-3688 RZ |
|     Plaintiff, | [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE |
|   vs. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
|     Defendant. | |

    Based upon the parties' Joint Stipulation to Dismiss the present case, ~~and for good cause shown~~, IT IS ORDERED that this case is hereby dismissed and that both parties shall bear their own costs and expenses.

Date: October 29, 2012    _____

                                      HON. RALPH ZAREFSKY
                                      UNITED STATES MAGISTRATE JUDGE