LAW OFFICES OF BILL LATOUR
BILL LATOUR [C.S.B.N. 169758]
1420 E, Cooley Dr., Suite 100
Colton, California, 92324
  Telephone: [909] 796-4560
  Facsimile: [909] 796-3402
  E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LINDA MAYERHOFER, | No. EDCV 12-3688 RZ |
|   Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING |
|  vs. | CASE WITH PREJUDICE |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
|   Defendant. | |

 Based upon the parties' Joint Stipulation to Dismiss the present case, ~~and for good cause shown~~, IT IS ORDERED that this case is hereby dismissed and that both parties shall bear their own costs and expenses.

Date: October 29, 2012  _____

         HON. RALPH ZAREFSKY
         UNITED STATES MAGISTRATE JUDGE

-1-